Kevin DIXON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 217, 2017

Supreme Court of Delaware.

Submitted: June 22, 2017

Decided: July 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. No. 0004013285(K)

DISMISSED.

■

Derrick SMITH, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 90, 2017

Supreme Court of Delaware.

Submitted: May 19, 2017

Decided: July 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1101020846 (N)

AFFIRMED.

■

Donald K. WRIGHT, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 154, 2017

Supreme Court of Delaware.

Submitted: May 16, 2017

Decided: July 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 0803024468 (N)

AFFIRMED.

■

Regent J. GODDARD, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 190, 2017

Supreme Court of Delaware.

Submitted: May 24, 2017

Decided: July 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 0004016373 (N)

AFFIRMED.